# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE OFFICES OF ELECTION CFO<br>110 SHOOTERS COURT<br>ALEXANDRIA, VIRGINIA | )<br>)<br>)   Case No.   1:17-SW-91<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Virginia____
*(identify the person or describe the property to be searched and give its location)*:

The offices of Election CFO, 110 Shooters Court, Alexandria, Virginia, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____March 8, 2017____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Michael S. Nachmanoff____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   02/22/2017 1:20pm

/s/ Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state:   Alexandria, Virginia     Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:17-SW-91 | Date and time warrant executed: 2/23/2017 1:25 PM | Copy of warrant and inventory left with: Christopher Marston |
| Inventory made in the presence of: Keith Palli, Andrew Berger, Christopher Marston | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attachment A

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/27/2017

_Executing officer's signature_

Andrew Berger    Special Agent - FBI
_Printed name and title_

**Attachment A**

Inventory of Property Seized at 110 Shooters Court, Alexandria, Virginia 22314 on February 23, 2017

Item 1: A black colored tower PC, constructed from a metal box with a clear side, serial number unknown.

Item 2: Samsung 8GB tablet and charger, serial number unknown.

Item 3: ACER ZHN computer, serial number NXSHEAD013410E1067600.

Item 4: Dell laptop computer, Inspiron 1 N7010, serial number 45V1SN1, and power cord.

Item 5: Bills and disbursements located in bankers box 33250.

Item 6: A spreadsheet related to Election CFO.

Item 7: Documents and Election CFO A/R summary.

Item 8: One Lexar USB drive, one Sandisk 2 GB SD card, one Rocketek USB drive, one Blue Sandisk USB drive, one Sandisk Ultra II 1.0 GB SD Card and one USB security key.

Item 9: Lexar 8GB USB Drive, carabiner and security key.

Item 10: Asus laptop computer, serial number F2N0CY23991307B, and power cord.

Item 11: Samsung SSD 840 EVO 250 GB, serial number unknown.

Item 12: CART image containing 1 TB HGST hard drive, serial number 6P0ESB2F; a folder image of a 250 GB Samsung SSD, serial number S1DBNSBF900258R; a partial image of a 250 GB Samsung SSD, serial number S1DBNSAFA33RGV; an Apple Ipad 2, serial number DKVK604RDFHY extraction and Ipad Mini, serial number DMPQ207NFLMK extraction.

Item 13: A mini desktop image 750 GB Western Digital hard drive, serial number WXG1EC4H4N7T, containing the image of mini desktop serial number B8AEED79294C.

Item 14: CART image 1 TB HGST hard drive, serial number GP0EP4PF, containing a forensic image of a 1 TB Toshiba hard drive, serial number 85R4PDALT from an ASUS X5502 notebook PC, serial number FAN0CV8B043443F.